

ZACHARY W. CARTER
*Corporation Counsel*

**The City of New York**
**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, N.Y. 10007

**Deborah L. Mbabazi**
Assistant Corporation Counsel
E-mail: dmbabazi@law.nyc.gov
Phone: 212-356-2404
Fax: 212-356-3509

January 20, 2016

**VIA HAND**
Honorable Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East,
 Brooklyn, NY 11201

Re: Stephen Burrowes v. Police Officer Andre Morris, et al., 15-CV-5097 (ENV)(CLP)

Your Honor:

I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing defendant City of New York in the above-referenced matter. I am enclosing subpoenas for the release of Family Court records to be so ordered by Your Honor. I respectfully request that Your Honor endorse the enclosed subpoenas. I would also respectfully request that Your Honor advise me when the subpoenas are ready to be picked up so that I can arrange to have them picked up at the convenience of the Court.

I thank the Court for its consideration of this request.

Respectfully submitted,

 /s/

Deborah L. Mbabazi
Assistant Corporation Counsel
Special Federal Litigation Division

Encl.

Cc: **<u>VIA FAX 917-210-3700 (Cover Letter)</u>**
Arthur K. Womble, Jr.
Moore Zeman Womble, LLP
*Attorney for Plaintiff*
66 Willoughby Street, Unit 201
Brooklyn, NY 11201
718-514-9100