

**ZACHARY W. CARTER**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**DEBORAH L. MBABAZI**
*Assistant Corporation Counsel*
E-mail: dmbabazi@law.nyc.gov
Phone: (212) 356-2404
Fax: (212) 356-3509

March 8, 2016

**VIA ECF**
Honorable Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Stephen Burrowes v. City of New York, et al.</u>, 15-CV-5097 (ENV)(CLP)

Your Honor:

    I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing defendants City of New York and Andre Morris in the above-referenced matter. I am writing to respectfully request that Your Honor cancel the Settlement Conference which is currently scheduled for March 10, 2015 at 11:00 p.m.

    At this time, the City of New York has decided not to make an offer on this matter. We do not believe a settlement conference would be productive and do not want to waste Your Honor's time. The City defendants respectfully propose that the parties continue with discovery. Should the City's position change, I will immediately advise the Court and plaintiff's counsel, Kenneth Womble.

    Thank you for your consideration of this request.

                                                      Respectfully submitted,

                                                      /s/

                                                     Deborah L. Mbabazi
                                                     Assistant Corporation Counsel
                                                     Special Federal Litigation Division

cc: Kenneth Womble, Esq.  (Via ECF)
*Attorney for Plaintiff*
233 Broadway, Ste. 2201
New York, NY 10279
(212) 267-9100